SEALED
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JAN 21 PM 4:30
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORIO PABLO-LARES,

Defendant.

8:25CR12

INDICTMENT

18 U.S.C. § 1546(b)(2)
42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1015(e)
18 U.S.C. § 1326(a)

The Grand Jury charges that

COUNT I
(Use of False Immigration Identification Document)

On or about May 4, 2020, in the District of Nebraska, the defendant, GREGORIO PABLO-LARES, using the name [REDACTED], a name fully known to the Grand Jury, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act, used a false identification document, to wit: a State of California Identification Card bearing number XXXX3124, knowing and having reason to know that the document was false in that it bore a photograph of Defendant but the name of another person and was not issued to Defendant by the state of California.

In violation of Title 18, United States Code, Section 1546(b)(2).

COUNT II
(False Representation of a Social Security Number)

On or about May 4, 2020, in the District of Nebraska, the defendant, GREGORIO PABLO-LARES, defendant herein, using the name [REDACTED], a name fully known to the Grand Jury, with intent to deceive, falsely represented a number to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact such

number, ending in XXX-XX-2661, is not the Social Security account number assigned by the commissioner of Social Security to him, for purposes of obtaining any benefit to which he is not entitled and for any other purpose, to wit: to satisfy a requirement of section 274A(b) of the Immigration and Nationality Act.

In violation of Title 42, United States Code, Section 408(a)(7)(B), and subject to sentencing under Title 18.

COUNT III
(False Claim to U.S. Citizenship)

On or about May 4, 2020, in the District of Nebraska, the defendant, GREGORIO PABLO-LARES, using the name [REDACTED], a name fully known to the Grand Jury, did knowingly make a false statement and claim that he is a citizen or national of the United States, with the intent to obtain on behalf of himself any Federal and State benefit or service, and to engage unlawfully in employment in the United States.

In violation of Title 18, United States Code, Section 1015(e).

COUNT IV
(Re-entry of Removed Alien)

On or about October 11, 2024, in the District of Nebraska, the defendant, GREGORIO PABLO-LARES, an alien who previously had been excluded, deported, and removed from the United States to Guatemala, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), having expressly consented to defendant's reapplication for admission into the United States.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

for

JOHN E. HIGGINS
Assistant U.S. Attorney